# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2023-0081, <u>In re Estate of Richard W. Moen</u>, the court on May 6, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The appellants, Allison Armijo, Elizabeth Moen, and David Moen, appeal orders of the Circuit Court (<u>Yazinski</u> and <u>Hersh</u>, JJ.), arguing that the court erred by: (1) not awarding damages to appellant David Moen in the amount of $1,918.32, after vacating a preliminary injunction; and (2) approving the final account without a hearing and allegedly without findings of fact.

As the appealing parties, the appellants have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's orders, the appellants' arguments, the relevant law, and the record submitted on appeal, we conclude that the appellants have not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**